UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN P. LANGLOIS | Cr. No. 18 173 WES<br><br>In violation of 18 U.S.C. §§ 2252(a)(4) & (b)(2) |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Between in or about May 2014 and in or about October 2018, in the District of Rhode Island, the defendant,

STEPHEN P. LANGLOIS

did knowingly possess, and access with intent to view, one or more matters which contained a visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which involved the use of a minor who had not attained the age of 12 years engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant STEPHEN P. LANGLOIS, that in the event the defendant is convicted of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property, real or personal, used or intended to be used to commit or facilitate the commission of the offense of conviction.

STEPHEN G. DAMBRUCH
United States Attorney

*/s/ Sandra R. Hebert*
SANDRA R. HEBERT
Assistant U.S. Attorney

*/s/ William J. Ferland*
WILLIAM J. FERLAND
Assistant U.S. Attorney
Criminal Division Chief

Date: 12/17/18

2